THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No: 1:08-cv-00400 |
| | ) | |
| v. | ) | Judge: Hon. Emmet G. Sullivan |
| | ) | |
| ALTIVITY PACKAGING, LLC and | ) | Deck Type: Antitrust |
| GRAPHIC PACKAGING INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned appears as counsel of record for Graphic Packaging International, Inc.

Dated: March 13, 2008

                                                Respectfully submitted,

                                                /s/ H. Stephen Harris, Jr.
                                                H. Stephen Harris, Jr.
                                                D.C. Bar No. 481092
                                                steve.harris@alston.com
                                                Alston & Bird LLP
                                                1201 West Peachtree Street
                                                Atlanta, GA 30309-3424
                                                (404) 881-7000 (telephone)
                                                (404) 881-7777 (facsimile)

                                                *Attorney for Defendant Graphic*
                                                *Packaging International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of March, 2008, the foregoing **NOTICE OF APPEARANCE** was filed electronically, and a copy was sent by first-class mail to:

Weeun Wang, Esquire
United States Department of Justice
Antitrust Division
Litigation I Section
1401 H Street, NW, Suite 4000
Washington, DC 20530
(202) 307-3952
Attorney for Plaintiff United States of America

Joseph F. Tringali, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000
Attorney for Defendant Altivity Packaging LLC

/s/ H. Stephen Harris, Jr.
H. Stephen Harris, Jr.
D.C. Bar No. 481092
steve.harris@alston.com
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)

*Attorney for Defendant Graphic Packaging International, Inc.*