# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ALTIVITY PACKAGING, LLC and )<br>GRAPHIC PACKAGING INTERNATIONAL, )<br>INC., )<br>)<br>      Defendants. )<br>) | Civil Action No: 1:08-cv-00400<br><br>Judge:  Hon. Emmet G. Sullivan<br><br>Deck Type:  Antitrust |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appears as counsel of record for Altivity Packaging LLC.

Dated: March 13, 2008

                                          Respectfully submitted,

                                          /s/  Peter C. Thomas
                                          Peter C. Thomas
                                          D.C. Bar No. 495928
                                          pthomas@stblaw.com
                                          Simpson Thacher & Bartlett LLP
                                          601 Pennsylvania Avenue, N.W.
                                          North Building, 10th Floor
                                          Washington, D.C. 20004
                                          (202) 220-7700 (telephone)
                                          (202) 220-7702 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of March, 2008, the foregoing **NOTICE OF APPEARANCE** was filed electronically, and a copy was sent by first-class mail to:

Weeun Wang, Esquire
United States Department of Justice
Antitrust Division
Litigation I Section
1401 H Street, NW, Suite 4000
Washington, DC 20530
(202) 307-3952
Attorney for Plaintiff United States of America

H. Stephen Harris, Jr., Esquire
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
Attorney for Defendant Graphic Packaging International, Inc.

/s/ Peter C. Thomas
Peter C. Thomas
D.C. Bar No. 495928
pthomas@stblaw.com
Simpson Thacher & Bartlett LLP
601 Pennsylvania Avenue, N.W.
North Building, 10th Floor
Washington, D.C. 20004
(202) 220-7700 (telephone)
(202) 220-7702 (facsimile)

*Attorney for Altivity Packaging LLC*