THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No: 1:08-cv-00400 |
| ) | |
| v. ) | Judge: Hon. Emmet G. Sullivan |
| ) | |
| ALTIVITY PACKAGING, LLC and ) | Deck Type: Antitrust |
| GRAPHIC PACKAGING INTERNATIONAL, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**GRAPHIC PACKAGING INTERNATIONAL, INC. AND ALTIVITY PACKAGING, LLC'S JOINT CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) (the "Tunney Act"), Defendants Graphic Packaging International, Inc. ("Graphic") and Altivity Packaging, LLC ("Altivity") make the following disclosure of written and oral communications concerning the proposed Final Judgment filed in this action on March 5, 2008. In accordance with Section 2(g), the required description excludes any communications "…made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone…" 15 U.S.C. § 16(g). The following individuals have had the following communications on behalf of Graphic and/or Altivity concerning the proposed Final Judgment in this action:

1. On February 14, 2008, Graphic's counsel of record and General Counsel, Altivity's counsel of record, David Scheible and Phil Geminder of Graphic, and Don Sturdivant of Altivity attended a meeting at the Department of Justice with employees of the Antitrust Division and discussed the terms of the proposed final judgment.

Dated:  March 14, 2008

Respectfully submitted,

/s/  H. Stephen Harris, Jr.
H. Stephen Harris, Jr.
D.C. Bar No. 481092
steve.harris@alston.com
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)

*Attorney for Defendant Graphic Packaging International, Inc.*

/s/ Peter C. Thomas
Peter C. Thomas
D.C. Bar No. 495928
pthomas@stblaw.com
Simpson Thacher & Bartlett LLP
601 Pennsylvania Avenue, N.W.
North Building, 10th Floor
Washington, D.C. 20004
(202) 220-7700 (telephone)
(202) 220-7702 (facsimile)

*Attorney for Defendant Altivity Packaging, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of March, 2008, the foregoing **GRAPHIC PACKAGING INTERNATIONAL, INC. AND ALTIVITY PACKAGING, LLC'S JOINT CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS** was filed electronically, and a copy was sent by first-class mail to:

Weeun Wang, Attorney
United States Department of Justice
Antitrust Division
Litigation I Section
1401 H Street, NW, Suite 4000
Washington, DC 20530
(202) 307-3952
Attorney for Plaintiff United States of America

/s/  H. Stephen Harris, Jr.
H. Stephen Harris, Jr.
D.C. Bar No. 481092
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000 (telephone)
*Attorney for Defendant Graphic Packaging International, Inc.*