THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ALTIVITY PACKAGING, LLC and )<br>GRAPHIC PACKAGING INTERNATIONAL, )<br>INC., )<br>)<br>    Defendants. )<br>) | Civil Action No: 1:08-cv-00400<br><br>Judge:  Hon. Emmet G. Sullivan<br><br>Deck Type:  Antitrust |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.6 and other applicable law, we hereby file this certificate of consent to the withdrawal of H. Stephen Harris, Jr. as an attorney of record for Defendant Graphic Packaging International, Inc., ("Defendant").  Please take notice that Robert N. Driscoll of Alston & Bird LLP enters his appearance as counsel of record for Graphic Packaging International, Inc., in the above-styled action.

Respectfully submitted this 1st day of May, 2008.

> Consented to,
> /s/ H. Stephen Harris, Jr.
>
> Respectfully submitted,
>
> /s/  Robert N. Driscoll
> Robert N. Driscoll
> D.C. Bar No. 486451
> bob.driscoll@alston.com
> Alston & Bird LLP
> 950 F Street, NW
> Washington, D.C. 20004-1404
> Phone:  202-756-3300
> Fax: 202-756-3333
> *Attorney for Defendant Graphic*
> *Packaging International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Weeun Wang, Esquire
United States Department of Justice
Antitrust Division
Litigation I Section
1401 H Street, NW, Suite 4000
Washington, DC 20530
(202) 307-3952
Attorney for Plaintiff United States of America

Peter C. Thomas, Esquire
Simpson Thacher & Bartlett LLP
601 Pennsylvania Avenue, N.W.
North Building, 10th Floor
Washington, D.C. 20004
(202) 220-7700
Attorney for Defendant Altivity Packaging LLC

/s/ Robert N. Driscoll
Robert N. Driscoll
D.C. Bar No. 486451
bob.driscoll@alston.com
Alston & Bird LLP
950 F Street, NW
Washington, D.C. 20004-1404
Phone: 202-756-3300
Fax: 202-756-3333

*Attorney for Defendant Graphic Packaging International, Inc.*