# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALTIVITY PACKAGING, LLC and GRAPHIC PACKAGING INTERNATIONAL, INC.,<br><br>Defendants. | CASE NO:  1:08-cv-00400<br><br>JUDGE: Sullivan, Emmett G.<br><br>DECK TYPE:  Antitrust<br><br>DATE STAMP: |

## MOTION FOR ENTRY OF PROPOSED FINAL JUDGMENT AND MEMORANDUM IN SUPPORT

The United States of America, by undersigned counsel, respectfully notifies this Honorable Court that Ryan Danks, Esq., will appear for the United States in the above-captioned matter.

Dated: July 8, 2008

                                          Respectfully submitted,

                                          */s/ Ryan Danks*
                                          Ryan Danks
                                          Trial Attorney
                                          Litigation I Section, Antitrust Division
                                          United States Department of Justice
                                          1401 H Street, NW Suite 4000
                                          Washington, DC 20530
                                          (202) 307-0001 (phone)
                                          (202) 307-5802 (facsimile)
                                          ryan.danks@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused a copy of the above to be sent by electronic mail to:

>Peter Coyne Thomas
>SIMPSON THACHER & BARTLETT, LLP
>Email: pthomas@stblaw.com
>
>H. Stephen Harris, Jr.
>ALSTON & BIRD
>Email: sharris@alston.com
>
>Robert Neil Driscoll
>ALSTON & BIRD, LLP
>Email: rdriscoll@alston.com

Respectfully submitted,

*/s/ Ryan Danks*
Ryan Danks
Trial Attorney
Litigation I Section, Antitrust Division
United States Department of Justice
1401 H Street, NW Suite 4000
Washington, DC 20530
(202) 307-0001 (phone)
(202) 307-5802 (facsimile)
ryan.danks@usdoj.gov