THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>ALTIVITY PACKAGING, LLC and<br>GRAPHIC PACKAGING INTERNATIONAL, INC.,<br><br>       Defendants. | CASE NO: 1:08-cv-00400<br><br>JUDGE: Sullivan, Emmett G.<br><br>DECK TYPE: Antitrust<br><br>DATE STAMP: |

**CERTIFICATE OF COMPLIANCE WITH PROVISIONS
OF THE ANTITRUST PROCEDURES AND PENALTIES ACT**

Plaintiff United States of America, by the undersigned attorneys, hereby certifies that, in compliance with the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) ("APPA" or "Tunney Act"), the following procedures have been followed in preparation for the entry of the final judgment herein:

    1. Plaintiff and defendants stipulated to the entry of the proposed Final Judgment on March 5, 2008, and that Stipulation along with the proposed Final Judgment and Competitive Impact Statement were filed with the Court on March 5, 2008;

    2. The Stipulation, proposed Final Judgment, and Competitive Impact Statement were published in the *Federal Register* on April 9, 2008, *see* 73 Fed. Reg. 19250 (April 9, 2008);

    3. A summary of the terms of the proposed Final Judgment was published in the *Washington Post*, a newspaper of general circulation in the District of Columbia, starting on April 25, 2008, and continuing for seven consecutive days through May 1, 2008;

    4. Copies of the Stipulation, proposed Final Judgment, and Competitive Impact

Statement were furnished to all persons requesting them and made available on the Antitrust Division's internet site;

     5.  On March 14, 2008, defendants Altivity Packaging, LLC and Graphic Packaging International, Inc. filed with the Court their joint disclosure statement concerning written or oral communications by or on behalf of the defendant, or any other person, with any officer or employee of the United States concerning the proposed Final Judgment, as required by 15 U.S.C. § 16(g);

     6.  The sixty-day periods for this matter prescribed by 15 U.S.C. §16(b) - (d) for the receipt and consideration of written comments, and during which the proposed Final Judgment could not be entered, ended on June 30, 2008; and

     7.  The United States did not receive any public comments.

     The parties in this action have now satisfied all the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h), as a condition for entering the proposed Final Judgment, and it is now appropriate for the Court to make the necessary public interest determinations required by 15 U.S.C. § 16(e) and to enter the proposed Final Judgment.

Dated: July 9, 2008                        Respectfully Submitted,

                                                  /s/ Weeun Wang
                                       Weeun Wang, Esq. (weeun.wang@usdoj.gov)
                                       Rebecca A. Perlmutter, Esq.
                                       Ryan Danks, Esq.
                                       U.S. Department of Justice, Antitrust Division
                                       1401 H Street, NW, Suite 4000
                                       Washington, DC 20530
                                       T: (202) 307-3952
                                       F: (202) 307-5802