# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ALTIVITY PACKAGING, LLC and<br>GRAPHIC PACKAGING INTERNATIONAL, INC.,<br><br>      Defendants. | CASE NO: 1:08-cv-00400<br><br>JUDGE: Sullivan, Emmett G.<br><br>DECK TYPE: Antitrust |

## NOTICE OF EXTENSION OF TIME FOR DIVESTITURE

      Pursuant to Section IV.A. of the Final Judgment, Plaintiff United States hereby submits this notice that it has extended Defendants' time to divest the Divestiture Assets by thirty (30) days, until August 20, 2008.

Dated: July 16, 2008

Respectfully Submitted,

  /s/ Ryan Danks
Ryan Danks, Esq. (ryan.danks@usdoj.gov)
Weeun Wang, Esq.
Rebecca A. Perlmutter, Esq.
U.S. Department of Justice, Antitrust Division
1401 H Street, NW, Suite 4000
Washington, DC 20530
T: (202) 305-0128
F: (202) 307-5802