# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALTIVITY PACKAGING, LLC and GRAPHIC PACKAGING INTERNATIONAL, INC.,<br><br>　　　　Defendants. | CASE NO: 1:08-cv-00400<br><br>JUDGE: Sullivan, Emmett G.<br><br>DECK TYPE: Antitrust |

## NOTICE OF EXTENSION OF TIME FOR DIVESTITURE

　　Pursuant to Section IV.A. of the Final Judgment, Plaintiff United States hereby submits this notice that it has extended Defendants' time to divest the Divestiture Assets by thirty (30) days, until September 19, 2008.

Dated: August 20, 2008

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　  */s/* Ryan Danks
　　　　　　　　　　　　　　　　　　　　Ryan Danks, Esq. (ryan.danks@usdoj.gov)
　　　　　　　　　　　　　　　　　　　　Weeun Wang, Esq.
　　　　　　　　　　　　　　　　　　　　Rebecca A. Perlmutter, Esq.
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Antitrust Division
　　　　　　　　　　　　　　　　　　　　1401 H Street, NW, Suite 4000
　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　T: (202) 305-0128
　　　　　　　　　　　　　　　　　　　　F: (202) 307-5802